**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **Case No.: 8:26-cr-00325-KKM-GDP-1**

**MILYAN JOSIEL ZELEDON-MARTINEZ,**
____________________________________/

**NOTICE OF APPEARANCE**

**COMES NOW**, undersigned counsel, on behalf of the Defendant, MILYAN JOSIEL ZELEDON-MARTINEZ, and files this Notice of Appearance as counsel of record. The Clerk of Court and all parties of record are hereby notified that I appear for the Defendant indicted in the entitled action. Undersigned counsel requests that all notices, documents, pleadings, forms, motions, and all other matters pertaining to this case be sent to the physical and email addresses set forth below.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 23, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following: United States Attorney.

**SMITH & EULO LAW FIRM**

By: /s/ Joseph Mikuszewski
**Joseph William Mikuszewski, Esq.**
Florida Bar No. 1030934
**Attorney at Law**
**Smith & Eulo Law Firm**
5445 Village Dr., Ste. 106
Rockledge, FL 32955
jmikuszewski@smithandeulo.com
sroman@smithandeulo.com
*Attorney For Defendant Milyan Zeledon-Martinez*