**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE NO.** | 8:26-cr-325-KKM-GDP | **DATE:** | 11/23/26 |
| **HONORABLE** GREGORY D. PIZZO | | **INTERPRETER:** | James Plunkett |
| UNITED STATES OF AMERICA<br>v.<br>MILYAN JOSIEL ZELEDON-MARTINEZ | | **LANGUAGE:** | Spanish |
| | | **GOVERNMENT COUNSEL**<br>Taylor Deffet, AUSA | |
| | | **DEFENSE COUNSEL**<br>Ryan Maguire, AFPD | |
| **COURT REPORTER:** Digital | | **DEPUTY CLERK:** | Octavia Jarnegan |
| **TIME:** 2:27 p.m. – 2:41 p.m. | **TOTAL:** 14 minutes | **PRETRIAL:** | Daniela Sanchez |
| | | **COURTROOM:** | 12B |

**PROCEEDINGS**: **Initial Appearance/Arraignment**

Interpreter sworn

Court calls the case, and counsel enters appearance.

Arrest Date: 11/23/2026 – Defendant has an ICE Detainer.

Defendant provided a copy of the Indictment. Waived formal reading of the indictment.

Court summarizes the charges and advises Defendant of Rule 5 Rights.

Oral Order of Due Process

Financial Affidavit submitted.

Oral motion for interpreter requested by the defense.

Court grants oral motion for the interpreter.

Oral motion for counsel. Motion granted and the Public Defender's Office is appointed.

Not Guilty Plea entered as to all counts.

Trial Term: January 4, 2027, at 9:00 a.m. before District Judge Mizelle in Courtroom 13B.

Status Conference: December 8, 2026, at 9:00 a.m. before District Judge Mizelle in Courtroom 13B.

Referred to Magistrate Judge Pizzo for Pretrial Discovery Order. Pretrial Discovery Order to be electronically filed.

Government: Seeking detention. Proffer of counsel.

Defendant: Requests continuance for the Detention Hearing.

Court: Grants the continuance for Monday, November 30, 2026, at 11:00 a.m. in Courtroom 11A. A Temporary Detention Order will follow.

The Defendant shall remain in the custody of the United States Marshals Service.

Due process announced by the Court.

Court adjourned.