UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No. 8:26-cr-325-KKM-GDP

MILYAN JOSIEL ZELEDON-MARTINEZ

## ORDER OF TEMPORARY DETENTION

The Defendant had an initial appearance before this Court on November 23, 2026. Defendant's counsel asked to continue the detention hearing to November 30, 2026.

Accordingly, the Defendant shall be **TEMPORARILY DETAINED** pending the detention hearing on November 30, 2026, at 11:00 a.m. **in Courtroom 11A.**

In the meantime, the Defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

Defendant shall be afforded a reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

**ORDERED** in Tampa, Florida, on November 23, 2026.

**GREGORY D. PIZZO**
United States Magistrate Judge

Copies furnished to:
Counsel of Record
United States Pretrial Services
United States Marshals Service