NOV 24 2026 PM3:47
FILED - USDC - FLMD - TPA

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

SEALED

RECEIVED U.S. MARSHALS
2026 OCT 1 PM7:44

United States of America
v.
MILYAN JOSIEL ZELEDON - MARTINEZ
*Defendant*

Case No. 8:26-cr-325-KKM-GDP

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MILYAN JOSIEL ZELEDON - MARTINEZ ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Unlawful Possession of a Firearm and Ammunition by an Alien Illegally in violation of 18 U.S.C. §§ 922(g)(5) and 924(a)(8).

SEALED

Date: 09/30/2026

[signature]
*Issuing officer's signature*

City and state: Tampa, FL

HONORABLE GREGORY DAVIS PIZZO, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 10/1/26 , and the person was arrested on *(date)* 11/21/26
at *(city and state)* Tampa, FL .

Date: 11/23/26

For HSI

[signature]
*Arresting officer's signature*

R Dowall CIDUSM
*Printed name and title*